IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREEM HASSAN MILHOUSE | : | CIVIL ACTION |
| v. | : | |
| FEDERAL BUREAU OF PRISONS, et al. | : | NO. 07-cv-02222-JF |

ORDER

AND NOW, this 2nd day of March 2010, upon consideration of the various defense motions to dismiss plaintiff's amended complaint, and plaintiff's response, IT IS ORDERED:

That the defendants' motions to dismiss are all DENIED, without prejudice to later filing of motions for summary judgment, if appropriate.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.