# EXHIBIT A

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 18, 2007

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : KAREEM MILLHOUSE, 59904-066
      PHILADELPHIA FDC    UNT: 5 SOUTH    QTR: Z02-822LDS
      P.O. BOX 572
      PHILADELPHIA, PA 19106

Mailed 12-19-0 M

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 429297-R1         REGIONAL APPEAL
DATE RECEIVED    : DECEMBER 17, 2007
SUBJECT 1        : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL. YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, REGIONAL OFFICE, OR CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS        : THIS ISSUE MUST FIRST BE ADDRESSED BY THE WARDEN.

U.S. Department of Justice
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: MILHOUSE KAREEM H.   59904066   SHU   FDC PHILA
       LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL** I attempted informal resolution for inadequate medical care but was blocked by unit team.

I want adequate medical care.

12-6-07                                             KH Milhouse
DATE                                          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

[received stamp, partially legible]

_____                           _____
DATE                                          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 429297-R1

**Part C - RECEIPT**
                                              CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

_____                           _____
DATE                                          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                                         BP-230(13)