# EXHIBIT B

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 13, 2008

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : KAREEM MILLHOUSE, 59904-066
      PHILADELPHIA FDC    UNT: 5 SOUTH      QTR: Z02-822LDS    A-307
      P.O. BOX 572
      PHILADELPHIA, PA 19106

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 429297-A1     CENTRAL OFFICE APPEAL
DATE RECEIVED  : FEBRUARY 8, 2008
SUBJECT 1      : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, REGIONAL OFFICE, OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS        : THIS ISSUE MUST FIRST BE ADDRESSED BY THE WARDEN.

U.S. Department of Justice
Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10 including any attachments must be submitted with this appeal.

From: **Milhouse, Kareem H.**    59904-066    SHU    FDC Phila
LAST NAME, FIRST, MIDDLE INITIAL    REG NO    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**

I have filed numerous administrative complaints at institutional level for inadequate and/or lack thereof medical attention, but I'm constantly blocked by administration.

I seek adequate medical attention.

12-20-07            KHMilhouse
DATE            SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
FEB 0 8 2008
Administrative Remedy Section
Federal Bureau of Prisons

---

DATE            GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE            CASE NUMBER:

**Part C—RECEIPT**

CASE NUMBER:

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG NO    UNIT    INSTITUTION

SUBJECT: _____

DATE      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN      Printed on Recycled Paper      BP-231(13)
APRIL 1982