UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM HASSAN MILHOUSE, | : |
| Plaintiff, | : CIVIL ACTION NO. 07-2222 |
| v. | : JURY TRIAL DEMANDED |
| FEDERAL BUREAU OF PRISONS, GARY REYNOLDS, M.D., P.A. T FAUSTO, MS. DAVIS, P.A., DR. SPALDING, DR. DALAMASI, WARDEN TROY LEVI, CAPTAIN DAVID C. KNOX, SIS LIEUTENANT JAMES GIBBS, and JOHN DOES 1-10, Defendants. | : |

## REQUEST TO CLERK TO ENTER DEFAULT

To the Clerk of the Court:

Pursuant to the Certification in Support of Request to Enter Default attached hereto, Defendants P.A. Fausto, Ms. Davis, P.A., Dr. Spalding, Dr. Dalamasi, Dr. Reynolds, Warden Troy Levi, Captain David Knox, and SIS Lieutenant James Gibbs, having failed to answer, plead or otherwise defend in the above-entitled action, and the time to answer, plead or otherwise defend having expired, you are requested to enter a default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

HANGLEY ARONCHICK SEGAL & PUDLIN

Dated: April 30, 2010

By: /s/_____
Matthew A. Hamermesh
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200

Attorneys for Plaintiff Kareem Hassan Milhouse

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM HASSAN MILHOUSE,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS, GARY REYNOLDS, M.D., P.A. T FAUSTO, MS. DAVIS, P.A., DR. SPALDING, DR. DALAMASI, WARDEN TROY LEVI, CAPTAIN DAVID C. KNOX, SIS LIEUTENANT JAMES GIBBS, and JOHN DOES 1-10,<br>    Defendants. | CIVIL ACTION NO. 07-2222<br><br>JURY TRIAL DEMANDED |

## CERTIFICATION IN SUPPORT OF REQUEST TO ENTER DEFAULT

I, Matthew A. Hamermesh, being duly sworn, say:

1. I am an attorney for Plaintiff Kareem Hassan Milhouse in the above-captioned action.

2. On August 13, 2009, Plaintiff filed an Amended Complaint in this action.

3. On October 13, 2009, all Defendants filed Motions to Dismiss in response to Plaintiff's Amended Complaints.

4. Defendants' motions were denied by the Honorable John P. Fullam on March 2, 2010.

5. Pursuant to a stipulation between the parties, Judge Fullam additionally entered an Order granting Defendants an extension of their time to answer Plaintiff's Amended Complaint until March 23, 2010.

6.  On March 23, 2010, without filing an answer and despite Judge Fullam's Order, Defendants filed a Motion for Summary Judgment.

7.  To date, Defendants have not answered or otherwise pled in response to Plaintiff's Complaint.

8.  A true and correct copy of the docket sheets for this civil action as of the date hereof is attached hereto as Exhibit A.

9.  Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Kareem Hassan Milhouse has filed a request for the entry of a default against Defendants along with this certification.

I declare under the penalty of perjury and under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

                                                              Matthew A. Hamermesh

## **CERTIFICATE OF SERVICE**

I, Matthew A. Hamermesh, certify that on April 30, 2010, a true and correct copy of the foregoing Request to Clerk to Enter Default and supporting Affidavit were served upon the following via the ECF System of the Eastern District of Pennsylvania:

Carlton Johnson
John P. Kahn
Archer & Greiner, P.C.
One Liberty Place, 32nd Floor
1650 Market Street
Philadelphia, PA 19103

Richard R. Harris
Catherine M. Chan
Obermeyer Rebmann Maxwell & Hippel LLP
One Penn Center – 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1895

/s/
Matthew A. Hamermesh