IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAREEM HASSAN MILHOUSE : CIVIL ACTION
:
:
v. :
:
:
FEDERAL BUREAU OF PRISONS, :
et al. : NO. 07-cv-2222-JF

ORDER

The defendants have filed a motion for summary judgment asserting that the plaintiff failed to properly exhaust the available administrative remedies before filing suit as required by the Prison Litigation Reform Act. In response, the plaintiff has requested that the Court postpone ruling on the motion for summary judgment until after he has had an opportunity to conduct discovery.

Counsel has been appointed for the plaintiff, and has certified that if the plaintiff's request is granted, he will seek discovery regarding the Bureau of Prisons' policies and procedures, and in particular, the defendants' responses to Mr. Milhouse's grievances. The plaintiff's request is reasonable, and I am confident that counsel will tailor their written discovery requests so as to avoid unnecessary depositions.

AND NOW, this 27ª day of May 2010, upon consideration of the defendants' motion for summary judgment, and the response thereto, IT IS ORDERED:

That the defendants' motion for summary judgment is DENIED WITHOUT PREJUDICE. The defendants may renew the motion

after 60 days, during which time the parties may conduct discovery.

                                  BY THE COURT:

                                  _____
                                  John P. Fullam,   Sr. J.

2