```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAREEM HASSAN MILHOUSE            :       CIVIL ACTION
                                  :
              v.                  :
                                  :
MS. DAVIS, et al.                 :       NO. 07-2222
```

ORDER

AND NOW, this 25th day of August 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants for summary judgment (Docket No. 103) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.